

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TEREX UTILITIES, INC. d/b/a TEREX SERVICES, INC., | § | No. 08-23-00131-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 166th Judicial District Court |
| | § | of Bexar County, Texas |
| ROBERT FONDREN, JR. ET UX, TERESA FONDREN, and DWAYNE PROETEL, | § | (TC# 2019-CI-12737) |
| | § | |
| Appellees. | § | |

## MEMORANDUM OPINION

Before this Court is Appellant's agreed motion to dismiss, which it filed pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). The motion states that the parties have entered into a settlement agreement settling the dispute underlying this appeal. Pursuant to that agreement, the parties agreed to file a motion to dismiss the appeal. Additionally, the parties agreed that each side would bear their respective attorney's fees and costs incurred.

Rule 42.1 provides the actions a court may take to dispose of an appeal on the motion of appellant or by agreement. On appellant's motion, this Court may dismiss the appeal. Tex. R. App. P. 42.1(a)(1). On the other hand, when parties file an agreement signed by all parties or their

attorneys, the court may: "(A) render judgment effectuating the parties' agreement; (B) set aside the trial court's judgement without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement; or (C) abate the appeal and permit proceedings in the trial court to effectuate the agreement." Tex. R. App. P. 42.1(a)(2)(A)–(C).

Appellant's agreed motion to dismiss expressly states it is based on Rule 42.1 (a)(1). No agreement signed by the parties, or their attorneys, has been filed with the clerk as contemplated by Rule 42.1 (a)(2). We construe the agreed motion as appellant's motion to dismiss. The motion is granted. *See* Tex. R. App. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of appellant). Costs of the appeal are taxed such that each party bears its own costs. Tex. R. App. P. 42.1(d).

GINA M. PALAFOX, Justice

August 16, 2024

Before Alley, C.J., Palafox, and Soto, JJ.